FILED
CHARLOTTE, N. C.

OCT 1 2 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT OF NORTH CAROLINA

MISCELLANEOUS NO. 3:06mc396

IN RE: OFFICIAL COURT CLOSING

# ORDER

**THIS MATTER** is before the Court upon its own motion. The United States District Court and all related court agencies will be closed on Thursday, November 24, 2006, and Friday, November 25, 2006, for the Thanksgiving holiday.

**IT IS, THEREFORE, ORDERED** this 12th day of October,

Robert J. Conrad, Jr., Chief
U.S. District Court Judge